NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: AMO DEVELOPMENT, LLC,**
*Appellant*

_____

2023-1470

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00856.

_____

**ON MOTION**

_____

### O R D E R

Upon consideration of AMO Development, LLC's motion to dismiss the above captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b),

2                                        IN RE: AMO DEVELOPMENT, LLC

IT IS ORDERED THAT:

(1)  The motion for voluntary dismissal is granted.  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

April 13, 2023                          /s/ Peter R. Marksteiner
         Date                           Peter R. Marksteiner
                                        Clerk of Court

ISSUED AS A MANDATE: April 13, 2023

cc: United States Patent and Trademark Office